United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| O'BENCO IV, LP<br>P.O. Box 6149<br>Shreveport, LA 71136-6149<br><br><br><br>Debtor | §<br>§<br>§   Case No. 19-60384<br>§<br>§<br>§   Chapter 11<br>§<br>§ |

### *FIRST AMENDED* APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

Comes Now the United States Trustee and, pursuant to 11 U.S.C. §1102(a)(1), appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case:

Bryan Lusk
c/o Stephanie Yu Lusk
517 Rives Place
Shreveport, LA  71106
(318) 918-4394
stephanieluskbox@gmail.com

David Fite–Interim Chairman
P.O. Box 1231
Shreveport, LA 71163
(318)  422-2992
defite1@gmail.com

Patrick Crow
HPS Long Creek, LP
P.O. Box  670506
Dallas, TX 75367
(214) 616-7999
pat@claycrow.com

Dated:  June 13, 2019                                         Respectfully submitted,

                                                              William T. Neary
                                                              United States Trustee

                                                              */s/ John Vardeman*
                                                              Trial Attorney
                                                              Texas Bar 20496260
                                                              300 Plaza Tower
                                                              110 N. College
                                                              Tyler, Texas   75702
                                                              (903) 590-1450 Ext. 218

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than the 14th day of June, 2019.

                                                              */s/ John Vardeman*

**DEBTOR**
O'BENCO IV, LP
P.O. Box 6149
Shreveport, LA 71136-6149

**DEBTOR'S COUNSEL**
William A. Wood, III
Bracewell LLP
711 Louisiana Street
Suite 2300
Houston, TX 77002-2781

**COMMITTEE**
Bryan Lusk
c/o Stephanie Yu Lusk–Interim Chairman
517 Rives Place
Shreveport, LA  71106

David Fite
P.O. Box 1231
Shreveport, LA 71163

Patrick Crow
HPS Long Creek, LP
P.O. Box  670506
Dallas, TX 75367


**NOTICE OF APPREARANCE**
Joseph J. Wielebinski
Jason Enright
Winstead PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 17428
AUSTIN, TX 78760-7428

Cass County
c/o Tab Beall
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 2007
Tyler, TX 75710-2007

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2777 N Stemmons Freeway
Suite 1000
Dallas, TX 75207

Joshua P. Searcy
Searcy & Searcy, P.C.
P. O. Box 3929
Longview, Texas 75606

Dennis M. Twomey
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Duston McFaul
Charles Persons
Sidley Austin LLP
1000 Louisiana Street, Suite 5900
Houston, Texas 77002

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimant, The County of Anderson, Texas
Tara LeDay
P.O. Box 1269
Round Rock, Texas 78680

Mr. M. Thomas Arceneaux
Blanchard, Walker, O'Quin & Roberts
P.O. Box 1126 (71163)
333 Texas Street-Suite 700-Regions Tower (71101)
Shreveport, Louisiana

Linebarger Goggan Blair & Sampson, LLP
John Dillman
P O Box 3064
Houston, TX 77253-3064

**Master Service List per LBR 9013(f)**
Attached