**Fill in this information to identify the case:**

Debtor name    O'BENCO IV, LP

United States Bankruptcy Court for the:   Eastern     District of   Texas
                                                   (State)

Case number (If known):   19-60384

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................    $    174,085,610

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................    $ 5,029,754.26

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................    $ 179,115,364.26

---

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................    $ 99,499,069

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................    $

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................    **+** $ 12,814,093.13

4. **Total liabilities**........................................................................................................    $ 112,313,162.13
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name    O'BENCO IV, LP

United States Bankruptcy Court for the:    **Eastern**    District of    **Texas**
(State)

Case number (If known):    19-60384

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Business First Bank | Checking | 5 1 9 5 | $ 419,499 |
   | 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. | $ |
   |---|---|
   | 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 419,499

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. | $ |
   |---|---|
   | 7.2. | $ |

Debtor    O'BENCO IV, LP    19-60384
Name    Case number *(if known)*

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Insurance payment - Bankdirect Cap D&O - $19,906.76; Prudential Life - $3,442.50    $23,349.26

8.2. Management Fee for the month of June - O'Brien Resources, LLC    $ 330,000.00

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 353,349.26

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**    * This includes estimated May revenue

    4,256,906

11a. 90 days old or less:    4,256,906 * ____ – ____ = ........➡    $ _____
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    ____ – ____ = ........➡    $ _____
face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 4,256,906

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____
14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. _____    _____%    _____    $ _____
15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____
16.2. _____    _____    $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0

Debtor _____   Case number *(if known)*___19-60384___
      O'BENCO IV, LP
      Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                     $      0
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor    O'BENCO IV, LP    Case number (if known)    19-60384
_____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____O'BENCO IV, LP_____   Case number (if known)___19-60384___
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Various fixtures and equipment used on wells
and in the transportation and gathering system   $_See Exhibit 206 A/B__   _____   $_____

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$   Unknown

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor _____    _____ _(if known)_    19-60384
O'BENCO IV, LP
Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Oil & Gas Mineral Leases and well bores | _____ | $ 174,085,610 | _____ | $ 174,085,610 |
| 55.2 See attached Exhibit 206 A/B | _____ | $_____ | _____ | $_____ |
| 55.3 Mineral Deeds | _____ | $_____ | _____ | $_____ |
| 55.4 See attached Exhibit 206 A/B | _____ | _____ | $_____ | $_____ |
| 55.5 | _____ | $_____ | _____ | $_____ |
| 55.6 | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 174,085,610

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0

Debtor _____
        O'BENCO IV, LP
        Name

Case number (if known) ___19-60384___

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➡   $_____
                                  Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See attached Exhibit 206 A/B

$_____0_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See attached Exhibit 206 A/B

Unknown

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_ Unknown _

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    O'BENCO IV, LP

Name

_____ Case number *(if known)*  19-60384

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 419,499 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | 353,349.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | 4,256,906 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $ 174,085,610 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 5,029,754.26 | **+** 91b. $ 174,085,610 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................... | | $ 179,115,364.26 |

EXHIBIT 206A/B

**Question 50 –** Other machinery, fixtures and equipment

All the equipment, machinery and fixtures used on the Debtor's oil and gas properties for use in connection with ownership or operation of the oil and gas properties or in the production, treatment, storage, disposal, or transportation of hydrocarbons (including all wellhead equipment, pumps, pumping units, hydrocarbon measurement facilities, flowlines, gathering systems, piping, pipelines, compressors, tanks, treatment facilities, injection facilities, disposal facilities and compression facilities).

The net book value of debtor's interest in this property is included in the net book value amount shown for Question 55.1 which is $174,085,610 as of December 31, 2018.

**Question 55.1**

Oil, Gas & Mineral Leases, wells and well bores for all the Debtors properties located in Texas, Kansas, Arkansas, Louisiana and Mississippi.  The schedules showing these interests are voluminous, but are available upon request.

The net book value of debtor's interest in this property is $174,085,610 as of December 31, 2018.  This net book value also includes the value of debtor's interest in the property described in Question 50 and Question 55.2.

**Question 55.2**

Mineral Deeds for various properties in located Anderson and Henderson Counties, TX.  The schedules showing these interests are voluminous, but are available upon request.  The net book value of debtor's interest in this property is included in the net book value amount shown for Question 55.1 which is $174,085,610 as of December 31, 2018.

EXHIBIT 206A/B

**Question 73**

1. Debtor is the owner and beneficiary on a $10,000,000 death benefit Term Life Insurance on the life of William J. O'Brien III.  Cash value is $0.
2. Debtor is the owner and beneficiary on a $10,000,000 death benefit Term Life Insurance on the life of William J. O'Brien IV.  Cash value is $0.

EXHIBIT 206A/B

**Question 74**

O'Brien Resources, LLC d/b/a O'BENCO, INC. and d/b/a O'BRIEN ENERGY COMPANY, O'BENCO IV, LP and TEXOZ E&P, INC., Plaintiffs
v.
SB INTERNATIONAL, SABINE PIPE INC., TUBULAR SYNERGY GROUP, LP and EXPRESS ENERGY SERVICES, Defendants
Cause No. D15-24306-CV
In the District Court of Navarro County, TX

Suit for recovery of damages resulting from pipe failure in well for pipe provided or manufactured by defendants.  Suit seeks damages for alleged strict products liability, breach of warranty, negligence/negligent misrepresentation, breach of contract and vicarious liability.

Total damages sought is $3,595,177 together with attorney fees.  34.25% of any award is for the benefit of OB IV.

**Fill in this information to identify the case:**

Debtor name  __O'BENCO IV, LP__

United States Bankruptcy Court for the:  __Eastern__  District of  __Texas__
(State)

Case number (If known):  __19-60384__

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| Associated Bank, N.A., as agent | Oil & Gas Mineral Leases and Oil & Gas | $ 97,595,000 |
| | properties located in Texas, Kansas, Louisiana | (Principal only) |
| **Creditor's mailing address** | and Mississippi | $ 174,085,610 |
| 333 Clay Street  Suite 2823 | **Describe the lien**  Deeds of Trust | (Book value) |
| Houston, TX 77002 | | |

Column B value: $ 174,085,610 (Book value)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Creditor's email address, if known** _____

**Date debt was incurred**  January 10, 2017

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Other members of the Bank group pari passu
Hedge providers pari passu

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| Citibank, N.A., as hedge counterparty | Oil & Gas Mineral Leases and Oil & Gas | $ 1,904,069 |
| | properties located in Texas, Kansas, Louisiana | |
| **Creditor's mailing address** | and Mississippi | $ 174,085,610 |
| 2800 Post Oak Blvd Suite 500 | **Describe the lien**  Deeds of Trust | (Book value) |
| Houston, TX 77056 | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Creditor's email address, if known** _____

**Date debt was incurred**  January 10, 2017

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 99,499,069

Debtor    **O'BENCO IV, LP**
Name                                                    Case number (if known)    19-60384

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**

Associated Bank, N.A. as hedge counterparty

**Creditor's mailing address**

333 Clay Street  Suite 2823
Houston, TX 77002

**Creditor's email address, if known**

**Date debt was incurred**  January 10, 2017
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Oil & Gas Mineral Leases and Oil & Gas
properties located in Texas, Kansas, Louisiana
and Mississippi

$ Unknown        $ 174,085,610
                   (Book value)

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

O'Brien Resources, LLC

**Creditor's mailing address**

425 Ashley Ridge, Suite 300
Shreveport, LA. 71106

**Creditor's email address, if known**

**Date debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Production Revenue

$ Unknown        $ Unknown

**Describe the lien**  Set off rights

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    O'BENCO IV, LP

Name

Case number (if known)    19-60384

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

EXHIBIT 206 D

**Question 2.4 Creditor with Claims Secured by Property**

O'BRIEN RESOURCES, LLC
425 Ashley Ridge Blvd., Suite 300
Shreveport, LA 71106

- Production Revenue to pay for JIB's plugging & abandonment liability and reserve pit closure liability.  The amount is unknown.
- Lien is from set off rights.
- Amount is contingent and unliquidated.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | O'BENCO IV, LP |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| | (State) |
| Case number (If known) | 19-60384 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    SCIENCO FV, LP    Case number *(if known)*    19-60384
          Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2._**  **Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor ____O'BRIEN'S, LP_____ Case number _(if known)_ ____19-60384____
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                      **Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Unsecured subordinated promissory noteholders

See attached Exhibit 206 EF

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,564,093.13

**Basis for the claim:** Promissory notes

**Date or dates debt was incurred** December 2017
**Last 4 digits of account number** - February 2018 __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
O'BRIEN RESOURCES, LLC

425 Ashley Ridge Blvd., Suite 300

Shreveport, LA 71106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250,000

**Basis for the claim:** Deferred management fee

**Date or dates debt was incurred** Feb 2019 - May 2019
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:** _____

**Date or dates debt was incurred**
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____  _____
        SBEX COPY, LL        Name                                    Case number (if known) ____19-60394____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Debtor _____TOBERCO IV, LP_____ Case number (if known)__19-60384____

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|-----------------------------------------|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____SOBENCORV, LL_____  Case number (if known) _____19-60384___
      Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  _____ COSTA XV, LP _____   Case number (if known) _____ 19-60384 _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 12,814,093.13 |
| 5c. **Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ 12,814,093.13 |

EXHIBIT 206 EF Question 3.1

## O'BENCO IV BRIDGE LOAN - JANUARY 2018

| | LENDER | STATUS | AMOUNT AT 5/31/2019 | CONTACT | EMAIL ADDRESS | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Ameen, Michael P. | Insider | $ 112,682.45 | Mike Ameen | mameen@obrienenergyco.com | 425 Ashley Ridge Blvd., Suite 300 | Shreveport | LA | 71106 |
| 2 | Antar & Co. | Insider | $ 2,817,061.24 | Steve Sprengnether | scs@legacytrust.com | 1801 Smith Street, Suite 1000 | Houston | TX | 77002 |
| 3 | Bishop Endeavors, L.L.C. | | $ 563,412.25 | Donald J. "Rocky" Bishop | bredmix@aol.com | 611 M.L. King Blvd. | Baldwin | LA | 70514 |
| 4 | Cehajic, Elvir | | $ 112,682.45 | Elvir Cehajic | ecehajic@obrienenergyco.com | 332 Millicent Way | Shreveport | LA | 71106 |
| 5 | Cook, Sidney E. Jr. | Insider | $ 112,682.45 | Sid Cook | sidney.cook@cookyancey.com | 333 Texas Street, Suite 1700 | Shreveport | LA | 71101 |
| 6 | Crow, Hampton D. Sr. | | $ 112,682.45 | Hamp Crow | hamp.crow@gmail.com | 2814 Oak Trail Ct. | Arlington | TX | 76016 |
| 7 | Doodle Productions LLC | | $ 338,047.35 | Charlton Holmes | ch4cars@yahoo.com | 1331 E. Bert Kouns Industrial Loop | Shreveport | LA | 71105 |
| 8 | Fite, David E. | | $ 281,706.12 | David Fite | defite1@gmail.com | 215 Clearwood Lane | Shreveport | LA | 71105 |
| 9 | HPS Long Creek, LP | | $ 112,682.45 | Pat Crow | pat@daycrow.com | 209 Payne Street | Dallas | TX | 75207 |
| 10 | James Lincoln Trust | Insider | $ 1,690,236.75 | Jim Lincoln | jimlincoln@gmail.com | 6410 Woodland Drive | Dallas | TX | 75225 |
| 11 | Love, Gary H. | Insider | $ 56,341.22 | Gary Love | glove@obrienenergyco.com | 425 Ashley Ridge Blvd., Suite 300 | Shreveport | LA | 71106 |
| 12 | Lusk, Bryan E. | | $ 338,047.35 | Bryan Lusk | bryanlusk@buskeye.com | 517 Rives Place | Shreveport | LA | 71106 |
| 13 | Maxwell, William S. | | $ 338,047.35 | Billy Maxwell | williamsmaxwell@hotmail.com | 611 Jessie Jones Drive | Benton | LA | 71006 |
| 14 | Morgan, Michael I. | | $ 563,412.25 | Mike Morgan | carguy7272@gmail.com | 8757 Business Park Drive | Shreveport | LA | 71105 |
| 15 | Nunley, Pierce and Amie | | $ 338,047.35 | Pierce Nunley | pnunley@louisianaspine.org | 1500 Line Avenue, Suite 200 | Shreveport | LA | 71101 |
| 16 | O'Brien Resources, LLC | Insider | $ 2,366,331.44 | Michael P. Ameen | mameen@obrienenergyco.com | 425 Ashley Ridge Blvd., Suite 300 | Shreveport | LA | 71106 |
| 17 | O'Brien, William J. IV | Insider | $ 169,023.67 | William O'Brien | wobrien@obrienenergyco.com | 425 Ashley Ridge Blvd., Suite 300 | Shreveport | LA | 71106 |
| 18 | Peavy, Patrick W. | Insider | $ 225,364.90 | Pat Peavy | ppeavy@obrienenergyco.com | 425 Ashley Ridge Blvd., Suite 300 | Shreveport | LA | 71106 |
| 19 | Ridley, Knox | | $ 112,682.45 | Knox Ridley | knox@harburtridley.com | 401 Edwards Street, Suite 1210 | Shreveport | LA | 71101 |
| 20 | Skyhawk Insurance, LLC | | $ 225,364.90 | Pierce Nunley | pnunley@louisianaspine.org | 1500 Line Avenue, Suite 200 | Shreveport | LA | 71101 |
| 21 | The Barry J. Belmont Revocable Trust DTD March 25, 2008 | | $ 281,706.12 | Peter A. Mardinly, Esquire | pmardinly@belmontinvestment.com | 1400 N. Providence Rd., Bldg 1, Ste 304 | Media | PA | 19063 |
| 22 | The William Scott Martin Trust | | $ 563,412.25 | Scott Martin | sportwsm@aol.com | 2431 East 61st Street, Suite 850 | Tulsa | OK | 74136 |
| 23 | Touchstone, Jack R. | Insider | $ 56,341.22 | Jack Touchstone | jrtouchstone@comcast.net | 425 Ashley Ridge Blvd., Suite 300 | Shreveport | LA | 71106 |
| 24 | Walker, Bobby Jr. | | $ 112,682.45 | BJ Walker | bwalker@tudorpickering.com | 1650 Cortlandt Street | Houston | TX | 77008 |
| 25 | Yokem, Robert | | $ 563,412.25 | Robert Yokem | ryokem2012@gmail.com | 6403 Creswell Avenue | Shreveport | LA | 71106 |
| | | | $ 12,564,093.13 | | | | | | |

**Fill in this information to identify the case:**

Debtor name ___**O'BENCO IV, LP**___

United States Bankruptcy Court for the: ___**Eastern**___  District of ___**Texas**___
(State)

Case number (If known): ___**19-60384**___   Chapter ____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | See attached Exhibit 206 G |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor   **O'BENCO IV, LP**   Case number *(if known)*  **19-60384**
_____  _____
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Participation Agreement | ORLLC | Texas | 27-Dec-2011 | 3-Jan-2012 |
|---|---|---|---|---|
| Participation Agreement | ORLLC | Klassic Energy Partners, LLC (Dare Johnson) | 22-May-2012 | |
| Participation Agreement | ORLLC | MTS Investments, LLC (Danny Newell & DSK, Ltd.) | 22-May-2012 | |
| Participation Agreement | O'BENCO III | Energia Tejas | 29-Jun-2012 | 31-Jul-2012 |
| Participation Agreement | O'BENCO IV | BF Oil, L.P. | 22-Jul-2014 | 22-Jul-2014 |
| Operation & Maintenance Agreement | O'BENCO IV | BF Oil, L.P. | | 27-Aug-2014 |
| Participation Agreement | ORLLC | Klassic Energy Partners, LLC (Dare Johnson) | | |
| Participation Agreement | ORLLC | MTS Investments, LLC (Danny Newell & DSK, Ltd.) | | |
| Participation Agreement | ORLLC | Figure 3 Working Interest, LLC | 13-Sep-2011 | 6-Sep-2011 |
| Participation Agreement | ORLLC | Klassic Energy Partners, LLC (Dare Johnson) | | |
| Participation Agreement | ORLLC | MTS Investments, LLC (Danny Newell & DSK, Ltd.) | | |
| Participation Agreement | Pinkston Energy Corporation | O'Brien Energy Company | 27-Dec-2001 | |
| Farmout Agreement | Devon Louisiana Corporation | O'Brien Energy Company | 5-Mar-2004 | |
| Participation Agreement | Pinkston Energy Corporation | O'Brien Energy Company | 23-Dec-2004 | |
| Participation Agreement | O'Brien Resources, LLC | Crow Horizons Company | 4-Sep-2008 | |
| Participation Agreement | O'Brien Resources, LLC | Kyro, Inc. | 4-Sep-2008 | |
| Participation Agreement | O'Brien Resources, LLC | O'BENCO II, LP | 4-Sep-2008 | |
| Farmout Agreement | Devon Energy Production Comp | O'Brien Resources, LLC | 10-Aug-2009 | |
| Letter Agreement | Texas Royalty | O'Brien Resources, LLC | 29-Jul-2009 | 22-Jul-2009 |
| Participation Agreement | ORLLC | Nunley Investments, LLC | | |
| Participation Agreement | ORLLC | SEPCO II, LLC | | |
| Participation Agreement | ORLLC | Crow Horizons Company | | |
| Participation Agreement | ORLLC | Minglewood Company | | |
| | | DOMCO II, LLC ?? | | |
| Participation Agreement | TDX Resources | O'Benco IV | 15-Jan-2016 | 1-Nov-2015 |
| Operation & Maintenance Agreement | ORLLC | O'Benco IV et al | 24-Mar-2016 | |
| PSA | ORLLC | Eagle Oil & Gas | 29-Aug-2017 | 1-Oct-2017 |
| Participation Agreement | O'BENCO IV, LP | Stroud Exploration Company, L | 25-Oct-2017 | 1-Aug-2017 |
| Farmout Agreement | O'BENCO IV, LP | Stroud Exploration et al | 25-Oct-2017 | |
| Farmout Agreement | O'BENCO IV, LP | Stroud Exploration et al | 25-Oct-2017 | |
| Joint Exploration Agreement | Anadarko E&P Onshore | Calston Exploration USA Inc. | 15-Apr-2014 | 1-Sep-2013 |
| Participation Agreement | O'BENCO IV, LP | Marlin Exploration, LLC | 29-Jul-2015 | 20-Jul-2015 |
| JOA | Getty Oil Company | Mosbacher et al | 15-Aug-1968 | 15-Aug-1968 |
| Participation Agreement | ORLLC | Nor-West Kansas Oil, LLC & Red Oak Energy, Inc. | 20-Jan-2011 | 1-Jan-2011 |
| Participation Agreement | ORLLC | Klassic Energy Partners, LLC (Dare Johnson) | 22-Feb-2011 | 1-Jan-2011 |
| Participation Agreement | ORLLC | MTS Investments, LLC (Danny Newell & DSK, Ltd.) | 22-Feb-2011 | 1-Jan-2011 |
| Oil & Gas Project Agreement | TGXploration, West 183rd, & Virco, Inc | O'Brien Energy Company | 31-Jan-2006 | 31-Jan-2006 |
| Participation Agreement | KANEX, LLC & Harvest Energy L | O'Brien Resources, LLC | 1-Oct-2008 | 1-Oct-2008 |
| Participation Agreement | O'BENCO IV, LP | Tri-C Resources, LLC | 24-May-2016 | 1-Apr-2016 |
| Purchase, Sale and Development Agreement | O'BENCO II, LP | Enduring Resources, LLC | 31-Dec-2006 | |

**EXHIBIT 206G continued**

FORM 206G – QUESTION 2.1

1. Carroll Springs Gathering System Operation and Maintenance Agreement by and among O'Brien Resources, LLC, as operator and O'BENCO IV, LP and BF OIL, LP, dated August 27, 2014. Evergreen.

2. Gas Gathering Agreement, dated June 1, 2015, Enbridge G&P (East Texas) L.P. and O'BENCO IV, LP, as amended.  Agreement number 2006562.  Term – June 1, 2024

3. Agency Agreement, June 1, 2015, by and between O'BENCO IV, LP and Marabou Midstream Services, LP.  Term – Month to month.

4. Agreement for Section 311 Transportation Service, June 1, 2015, by and between Enbridge Pipelines (East Texas) LP and O'BENCO IV, LP, as amended.  Agreement number 2006563.  Term – May 31, 2024.

5. Agreement for Intrastate Transportation Service, June 1, 2015, by and between Enbridge Pipelines (East Texas) LP and O'BENCO IV, LP, as amended.  Agreement number 2006633. Term – month to month.

6. Gas Gathering Agreement, May 11, 2018, by and between Stroud Petroleum, Inc. and O'BENCO IV, LP.  Term – Month to month.

7. Base Contract for Sale and Purchase of Natural Gas, October 28, 2013, O'BENCO IV, LP and Marabou Midstream Services, LP.  Term – month to month.

8. Amendment to Special Provisions to NASEB Base Contract, May 31, 2016, O'BENCO IV, LP and Marabou Midstream Services, LP.  Term – month to month.

9. Gas Gathering Agreement, April 29, 2013, by and between Marabou Midstream Services, LP and O'BENCO IV, LP and the owners of the Robertson Gathering System, represented by the operator of such system, O'Brien Resources, LLC.  Term – month to month.

10. Crude Oil Purchase Agreement, June 6, 2014, Marabou Midstream Services, LP and O'BENCO IV, LP.  Term – month to month.

11. Crude Oil Purchase Agreement, June 6, 2018, Lion Oil Trading and Transportation and O'BENCO, INC., LOTTOEC0718 ETX.  Term June 30, 2019.

12. Crude Oil Purchase Agreement, June 1, 2018, Lion Oil Trading and Transportation and O'BENCO, INC., LOTTOEC0718 WTX.  Term July 31, 2018.

13. Raw Make Purchase Agreement, June 1, 2017, ARM Energy and O'Brien Energy Company.  Term – month to month.

14. Plains Crude Oil Purchase Contract, Contract No. 3669-1002, September 4, 2008, as amended, Plains Marketing, L.P. and O'BENCO INC.  Term – month to month.

15. Plains Crude Oil Purchase Contract, Contract No. 3669-1003, July 24, 2014, as amended, Plains Marketing, L.P. and O'BENCO INC.  West Texas.  Term – month to month.

16. Plains Crude Oil Purchase Contract, Contract No. 7165-1002, April 28, 2007, as amended, Plains Marketing, L.P. and O'BENCO INC.  Kansas. Term – month to month.

17. Plains Crude Oil Purchase Contract, Contract No. 3910-1002, July 1, 2004, as amended, Plains Marketing, L.P. and O'BENCO INC.  Mississippi.  Term – month to month.

18. Orion Pipeline, Ltd. Gas Marketing Agreement between O'BENCO, INC., May 1, 2018.  Term – month to month.

19. Engagement Letter, November 1, 2018, Houlihan Lokey Capital, Inc. and O'BENCO IV, LP. Term – month to month.

20. Engagement Letter, March 5, 2018, Sixpoint Partners LLC and O'BENCO IV, LP.  Term – primary term expired in tail period.

21. Multiple Confidentiality Agreements between O'BENCO IV, LP, O'BRIEN RESOURCES, LLC and unaffiliated third parties in connection with the Houlihan Lokey Refinancing Process and the Houlihan Lokey A&D Process.  Dated from January 2019 through June 2019.

22. Multiple Confidentiality Agreements between O'BENCO IV, LP, O'BRIEN RESOURCES, LLC and unaffiliated third parties in connection with the Sixpoint Partners financing Process.  Dated from April 2018 through September 2018.

23. Confidentiality Agreement between O'BENCO IV, LP and an unaffiliated third party regarding a possible Gas Gathering Agreement between the parties.  Dated March 5, 2019.  Term is one year.

24. Term Life Insurance Policy issued by Prudential on the life of William J. O'Brien III, $10,000,000 death benefit, O'BENCO IV, LP – Beneficiary, no cash value.

25. Term Life Insurance Policy issued by Prudential on the life of William J. O'Brien IV, $10,000,000 death benefit, O'BENCO IV, LP – Beneficiary, no cash value.

**Fill in this information to identify the case:**

Debtor name ___O'BENCO IV, LP___

United States Bankruptcy Court for the: ___Eastern___ District of ___Texas___
(State)

Case number (If known): ___19-60384___

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number *(if known)*_____
         Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__  _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __O'BENCO IV, LP__

United States Bankruptcy Court for the: __Eastern__   District of __Texas__
(State)

Case number (if known): __19-60384__

### Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/14/2019__          ✗ _(signature)_
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

__Michael P. Ameen, CFO of O'Brien Resources, LLC__
Printed name
__O'Brien Resources, LLC is managing member of__
Position or relationship to debtor
__O'BENCO IV GP, LLC, the general partner of the Debtor__