Form ntchrgcbk

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

| | | |
|---|---|---|
| In Re: | O'BENCO IV, LP<br>Debtor | Bankruptcy Proceeding No.: 19−60384<br>Chapter: 11<br>Judge: Bill Parker |

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 8/30/19 at 10:00 AM

to consider and act upon the following:

60 − Motion to Sell Property Free and Clear of Liens under Section 363(f) and Assume and Assign Related Unexpired Leases and Executory Contracts. Fee Amount $181 Filed by O'BENCO IV, LP (Attachments: # 1 Proposed Order # 2 Service List) (Wood, William)

Hearing Continued (RE: related document(s)60 Motion to Sell Property Free and Clear of Liens under Section 363(f) and Assume and Assign Related Unexpired Leases and Executory Contracts. Fee Amount $181 filed by Debtor O'BENCO IV, LP). Hearing scheduled for 8/30/2019 at 10:00 AM at Plaza Tower Courtroom. (af)

Dated: 7/29/19

                                                                              Jason K. McDonald
                                                                              Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.